SO ORDERED: May 22, 2014.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:
Diane Elizabeth Cullison

CASE NO. 14-00261-RLM-7A
CHAPTER 7

Debtor

### ORDER GRANTING MOTION FOR RELIEF FROM ORDER PURSUANT TO FED. R. BANKR. P. 9024

The Court having reviewed Green Tree Servicing, LLC's Motion for Relief from Order Pursuant to Fed. R. Bankr. P. 9024 now *GRANTS* said motion.

**IT IS ORDERED** that the order of April 15, 2014 is vacated (Doc. No. 24).

**IT IS FURTHER ORDERED** that the Court shall issue a corrected order granting Green Tree Servicing, LLC relief from the automatic stay and abandoning the real estate from the bankruptcy estate.

###